**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2025 JUL 10 P 5: 24

---

Yeimi Anareris
VENTURA D BROWN

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Centers Lab NJ LLC

*(Write the full name of each defendant who is being sued. If
the names of all the defendants cannot fit in the space above,
please write "see attached" in the space and attach an
additional page with the full list of names.)*

**Complaint for Employment
Discrimination**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes  ☐ No
    *(check one)*

2

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Yeimi Aracelis Ventura D Brown
Street Address      9 Woodland Avenu
City and County     Montclair, NJ.
State and Zip Code  07042
Telephone Number    646-579-0370

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name                Centers Lab NJ LLC
Job or Title        Medical laboratory (procesor)
(if known)
Street Address      85 Horsehill Road
City and County     cedar Knolls,
State and Zip Code  07927
Telephone Number    973-731-2900
E-mail Address      customerservice@centerslab.com
(if known)

Defendant No. 2
Name                _____
Job or Title        _____
(if known)
Street Address      _____
City and County     _____

3

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____
(if known)

Defendant No. 3

Name   _____

Job or Title   _____
(if known)

Street Address   _____

City and County   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____
(if known)

Defendant No. 4

Name   _____

Job or Title   _____
(if known)

Street Address   _____

City and County   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____
(if known)

C.   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s)
is:

Name   _____

Street Address   _____

City and County   _____

State and Zip Code   _____

Telephone Number   _____

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:

FAMiLy aNd MedicAL Leave act (FMLA) 29. US.C 2601
(PDA) (PWFA)

☑ Relevant state law *(specify, if known)*:
NJL'AD. N.J.S.A. 10:5-1 et seq   NJFA 34: 11B-1

☐ Relevant city or county law *(specify, if known)*:
(NJLAD) (NJFLA) (PWFA)

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

2/12/2024   LayOFF _____

C.    I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color_____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age.  My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*
  MAtervNity Leave _____

6

E.    The facts of my case are as follows.  Attach additional pages if needed.

EMPloyment  Background
INcreased  Responsabilities  without Pay
Abusive  working  condition
Medical  complication  During  pregnacy
Maternity  Leave,  UNlawful  termination.
emotional  and  family  impact,  Internal  compla
Iney  and  Retaliction).

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

6 / 27 / 2024

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*

4 / 11 / 2025

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.      Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

ECONOMIC DamageS
EMOTIONAL DiStress DamageS
PUNitive Damages
ADitioNal Relief you MaY Seek
estimate compeNSation 250,000

## VI.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/10 , 2025

Signature of Plaintiff

Printed Name of Plaintiff  Yeimi Avareis leaNdra D Brown

8

**B.**    **For Attorneys**

Date of signing: _____, 20__ .

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

III. My name is Yeimi Aracelis Ventura D Brown. I was employed by Centers Lab NJ LLC. From January 7, 2023, until February 12, 2024.

I joined the company as a data processor. Over time, I took on additional responsibilities as a team leader without receiving extra pay for this roles. During this period, I worked more than 10 hours daily in four-day workweeks.

Furthermore, when the company required more time, I was required to work overtime shifts of up to 16 hours in a single day, without compensation for those extra hours; only regular hours worked during the week were paid with time and a half. Atendance at work under these conditions was mandatory.

I worked the night shift. During my pregnancy, I was diagnosed with prenatal preclampsia, a medical condition that arose because to one more suitable for my health.

Additionally, the company prohibite Me From using the Restroom More than three time during the entire Night shift, limiting each break to Five Minute, which severely impacted My well-being.

My coworkes and I Filed an internal collective complaint due to the constant abuse by our Supervisors, Favoritism, and racial Discrimination Practiced in the company. As Retaliation Practiced in the company. As Retaliation, each of them was terminated.

On November 16, 2023, I began My Maternity Leave which was approved and covered under applicable Laws, including the FAMILY and Medical Leave act (FMLA) and New Jersey State Laws.

While on this Leave, on February 12, 2024 I was notified via telephone call and email of my termination by the COMPANY, citing a ("Lay OFF") as the reason.

This termination occurred while I was still protected under the legal rights afforded to employees on maternity Leave, without the COMPANY providing a valid reason or following due process.

As a direct consequence of this termination, I suffered post partum depression and anxiety, severely affecting my mental and emotional health.

As a result, I suffered the unjust loss of my employment and associated benefits as well as significant economic and emotional harm.

the decision to terminate my employment while I was still on an active medical leave as certified by a healthcare professional through May 13, 2024, severely worsened my physical, emotional and family situation. I was recovering from a diagnosis of severe preeclampsia, a high-risk medical condition for both mother and baby. Losing my job during such a critical time directly affected my household's stability as I was undergoing medical tretment for postpartum complications. the loss of income and Medical benefits caused significant stress not only for me as a mother but also for my family, who relied on my employment to meet basic needs and ensure proper care for our newborn.

through this action, the company violates multiple fundamental rights granted to me by both the state of New Jerssy and the United states constitution, Including my right to be free from discrimination based on medical condition or gender, my right to fair and humane working conditions and my right to health and maternity protection as guaranteed under State and federal Law.

VI

Violation of title VII of the civil rights act and the Family and medical Leave act (FMLA) due to unlawful termination during maternity leave.